ERIC GRANT
United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00197-CDB |
| Plaintiff, | [Citation #E2090391 CA/14] |
| v. | |
| YURIDIA VASQUEZ, | MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: May 20, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney

                              By:      /s/ *Matthew H. Norwood*
                                       MATTHEW H. NORWOOD
                                       Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that this case is dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:    **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2

U.S. v. VASQUEZ
Case No. 5:25-po-00197-CDB